United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGO GARAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>　　　　　Defendant. | Case No. 19-cv-05452-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On August 29, 2019, Defendant Southwest Airlines removed this action to this court. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Phyllis J. Hamilton to determine whether it is related to *Garay v. Southwest Airlines Co.*, Case No. 18-cv-7538 PJH.

**IT IS SO ORDERED.**

Dated: August 30, 2019

　　　　　　　　　　　　　　　　　　　　　
DONNA M. RYU
United States Magistrate Judge